■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MURRAY CUTLER,

Appellant, v WARDEN OF THE MEN'S HOUSE OF DETENTION, Respondent.— Judgment, Supreme Court, New York County, entered December 13, 1978, denying the writ of habeas corpus brought to reduce the bail set at $50,000 bond or cash, reversed, on the law and in the exercise of discretion, without costs, and petition granted by reducing bail to $20,000 bond or $10,000 cash. Under the circumstances presented, bail in the sum of $50,000 is excessive. In view of the defendant's perfect attendance record in court and his strong family ties, we find that bail should be reduced to $20,000 bond or $10,000 cash. Concur—Murphy, P. J., Bloom, Lane and Silverman, JJ.